**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 08-8330**

————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

JIMMY RICHARD HUSBAND,

              Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Rebecca Beach Smith,
District Judge.  (4:02-cr-00125-RBS-JEB-1; 4:08-cv-00061-RBS)

————————

Submitted:  March 30, 2009          Decided:  May 6, 2009

————————

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Brian Scott Foreman, John A. Rockecharlie, BOWEN, CHAMPLIN,
CARR, FOREMAN & ROCKECHARLIE, Richmond, Virginia, for Appellant.
Michael Calvin Moore, Assistant United States Attorney,
Richmond, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Richard Husband seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2008) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Husband has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2